26 So.2d 919

Annie Love Dowdell DENSON and W. A. Denson v. FIRST NATIONAL BANK OF BIRMINGHAM, as Trustee for Sallie Blach and Flora Blach; and First National Bank of Birmingham, as Trustee for Elmwood Corporation et al.

' 6 Div. 427.

Supreme Court of Alabama.
June 20, 1946.

Rehearing Denied Aug. 2, 1946.

Denson & Denson, of Birmingham, for appellants.

Murphy, Hanna & Woodall, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellees. All the Justices concur.

27 So.2d 881

GREIF BROTHERS COOPERAGE CORP. v. Ernest JOHNSON.
6 Div. 483.

Supreme Court of Alabama.
Sept. 23, 1946.

P. A. Nash, of Oneonta, for appellant.
R. G. Kelton, of Oneonta, for appellee. .

PER CURIAM.

Appeal dismissed by agreement.

27 So.2d 881

Leola HALL v. ALABAMA DRY DOCK & SHIPBUILDING CO.
1 Div. 259.

Supreme Court of Alabama.
Sept. 23, 1946.

D. R. Coley, Jr., of Mobile, for appellant.

Smith, Hand & Arendall, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed on motion of Appellant.

26 So.2d 919

Ex parte J. Alton HANKINS.
6 Div. 462.

Supreme Court of Alabama.
May 31, 1946.

Carl A. Elliott, of Jasper, for petitioner.

Young & Young and R. G. Redden, all of Vernon, for respondents.

PER CURIAM.

Writ granted.

GARDNER, C. J., and BROWN, FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.